IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Estate of Cau Bich Tran, et al., | NO. C 03-04997 JW |
| Plaintiff(s),<br>v.<br>City of San Jose, et al.,<br>Defendant(s). | **ORDER CONTINUING HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND PRETRIAL CONFERENCE** |

Pursuant to the parties' stipulation, the hearing on the Defendants' Motion for Summary Judgment currently scheduled for June 21, 2005 at 9:00 a.m. is now set for **June 29, 2005 at 9:00 a.m.**

Dated: June 3, 2005

/s/ James Ware
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Andrew C. Schwartz schwartz&#064;cmslaw.com
Clifford S. Greenberg cao.main@ci.sj.ca.us
Felicita Vu Ngo felicita_vu_ngo@yahoo.com
Karen L. Snell ksnell@clarencedyer.com
Michael R. Groves CAO.Main@ci.sj.ca.us

**Dated: June 3, 2005**                    **Richard W. Wieking, Clerk**

**By:   /s/ JW Chambers**
          **Ronald L. Davis**
          **Courtroom Deputy**

**United States District Court**
For the Northern District of California