1

2

3

4

5 IN THE UNITED STATES DISTRICT COURT

6 FOR THE NORTHERN DISTRICT OF CALIFORNIA

7 SAN JOSE DIVISION

8

9 Estate of Cau Bich Tran, et al.,                    NO. C 03-04997 JW

10          Plaintiff(s),                    **ORDER SCHEDULING CASE**
                                              **MANAGEMENT CONFERENCE**
11      v.

City of San Jose, et al.,

12

          Defendant(s).

13 _____/

14

15      On September 20, 2005, Defendants filed notice of application to vacate trial date, reset case

16 management conference, and vacate other deadlines. (See Docket Item No. 53.) Plaintiffs filed formal

17 opposition to Defendants' application on September 23, 2005 (See Docket Item No. 54.) In light of the

18 Court's September 30, 2005 Order granting in part, and denying in part Defendants' motion for summary

19 judgment, the Court sets a case management conference to discuss scheduling issues with the parties. The

20 parties shall appear on **Tuesday, October 4, 2005 at 11 a.m.** for the case management conference.

21

22 Dated: September 30, 2005                       /s/ James Ware
                                                  JAMES WARE
23                                                United States District Judge

24

25

26

27

28

**United States District Court**
For the Northern District of California

**United States District Court**
For the Northern District of California

1 | **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2 | Andrew C. Schwartz schwartz&#064;cmslaw.com
Clifford S. Greenberg cao.main@ci.sj.ca.us
3 | Felicita Vu Ngo felicita_vu_ngo@yahoo.com
Karen L. Snell ksnell@clarencedyer.com
4 | Michael R. Groves CAO.Main@ci.sj.ca.us

5 |

6 | **Dated: September 30, 2005**              **Richard W. Wieking, Clerk**

7 |                                            **By:   /s/ JW Chambers**
                                                     **Ronald L. Davis**
8 |                                                     **Courtroom Deputy**

9 |

10 |

11 |

12 |

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |