IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Estate of Cau Bich Tran, et al., | NO. C 03-04997 JW |
| Plaintiff(s), | **ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE** |
| v. | |
| City of San Jose, et al., | |
| Defendant(s). | |

Pursuant to the parties' stipulation, the Court vacates the presently scheduled case management conference for Tuesday, October 4, 2005. The new case management conference is set for **Tuesday, October 11, 2005 at 9 a.m.**

Dated: October 3, 2005         /s/ James Ware
                               JAMES WARE
                               United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Andrew C. Schwartz schwartz&#064;cmslaw.com
Clifford S. Greenberg cao.main@ci.sj.ca.us
Felicita Vu Ngo felicita_vu_ngo@yahoo.com
Karen L. Snell ksnell@clarencedyer.com
Michael R. Groves CAO.Main@ci.sj.ca.us

**Dated: October 3, 2005**                                    **Richard W. Wieking, Clerk**

                                                              **By:   /s/ JW Chambers                    **
                                                                     **Ronald L. Davis**
                                                                     **Courtroom Deputy**