IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Estate of Cau Bich Tran, et al., | NO. C 03-04997 JW |
| Plaintiffs, | **ORDER FOLLOWING CASE MANAGEMENT CONFERENCE** |
| v. | |
| City of San Jose, et al., | |
| Defendants. | |

On November 9, 2005, the Court conducted a case management conference. Andrew Schwartz, Felicita Vu Ngo and Karen Snell appeared on behalf of the Plaintiffs. Clifford Greenberg and Michael Groves appeared on behalf of the Defendants. The parties informed the Court they have agreed to move the trial six weeks out from the original date of December 6, 2005. Accordingly, the Court amends the previously set trial schedule as follows:

1) Jury selection shall begin on January 31, 2006 at 9 a.m. Session one shall begin on the same day from 1 p.m. to 4 p.m.

2) The trial shall continue on the following days from 1 pm to 4 p.m.: February 1 through February 3, 2006; February 7 thorough February 10, 2006; February 14 through February 17, 2006, and February 21 through February 22, 2006.

3) The parties shall argue and submit on Thursday, February 23, 2006 at 1 p.m.

The parties also informed the Court that they are scheduled for another full day of mediation on November 17, 2005. Accordingly, the Court sets a further case management conference on **December 5, 2005 at 10 a.m.** If the parties wish to update the Court on the mediation proceedings without appearing, the parties shall file a joint statement no later than November 22, 2005.

Dated: November 15, 2005

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Andrew C. Schwartz schwartz@cmslaw.com
Clifford S. Greenberg cao.main@ci.sj.ca.us
Felicita Vu Ngo felicita_vu_ngo@yahoo.com
Karen L. Snell ksnell@clarencedyer.com
Michael R. Groves CAO.Main@ci.sj.ca.us

**Dated: November 15, 2005**               **Richard W. Wieking, Clerk**

**By:   /s/ JW Chambers**
       **Ronald L. Davis**
       **Courtroom Deputy**