1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Estate of Cau Bich Tran, et al., | NO. C 03-04997 JW |
| Plaintiffs,<br>v. | **ORDER TO SHOW CAUSE RE: SETTLEMENT** |
| City of San Jose, et al., | |
| Defendants. | |

On November 29, 2005, Michael Groves, attorney for the Defendants, informed the Court that the above-entitled matter has reached a settlement. In light of the settlement, the Court vacates all trial and pretrial dates, including the case management conference presently scheduled on December 5, 2005 at 10 a.m. On or before **January 30, 2006**, the parties shall file a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a).

If a dismissal is not filed by the specified date, all parties shall appear in Courtroom No. 8, 4th Floor, United States District Court, 280 South First Street, San Jose, Ca. on **February 13, 2006** at 9:00 a.m. and to show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(b). On or before **February 3, 2006**, the parties shall file a joint statement in response to the Order to Show

1  Cause.  The joint statement shall set forth the status of the activities of the parties for finalizing the settlement
2  and how much additional time is requested to finalize and file the dismissal.  If a voluntary dismissal is filed
3  as ordered, the Order to Show Cause hearing will be automatically vacated.

5      Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss this
6  action.

8  Dated: November 30, 2005

    JAMES WARE
    United States District Judge

2

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  Andrew C. Schwartz schwartz@cmslaw.com
Clifford S. Greenberg cao.main@ci.sj.ca.us
3  Felicita Vu Ngo felicita_vu_ngo@yahoo.com
Karen L. Snell ksnell@clarencedyer.com
4  Michael R. Groves CAO.Main@ci.sj.ca.us

6  **Dated: November 30, 2005**                    **Richard W. Wieking, Clerk**

8                                                                  **By:   /s/ JW Chambers
      Ronald L. Davis
      Courtroom Deputy**

**United States District Court**
For the Northern District of California